UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CABINETS BY PERRIER, INC., et al. | * | CIVIL ACTION |
|     Plaintiffs | * | |
| | * | NO: 11-3051 |
| VERSUS | * |     c/w 13-630 |
| | * | |
| POLYAIR, INC., et al. | * | SECTION "E" (2) |
|     Defendant | * | |
| | * | |
| Applies to: Both Cases | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CASE MANAGEMENT ORDER

This matter coming to be heard on Plaintiffs' and Defendants' Motion for Entry of Proposed Case Management Order, THIS COURT HEREBY ENTERS THE FOLLOWING ORDER:

### I. JURISDICTION AND VENUE

#### A. Jurisdiction

This Court has jurisdiction on the basis of diversity of citizenship of the parties pursuant to 28 U.S.C. §§1441 *et seq.* and the amount in controversy herein allegedly exceeds $75,000. Furthermore, jurisdiction is proper in this Court under the Class Action Fairness Act.

#### B. Venue

Venue is proper in this jurisdiction under 28 U.S.C. § 1391 because a substantial part of the alleged events or omissions giving rise to the claim occurred here.

## II. PRELIMINARY MATTERS

### A. Protective Order

The parties have submitted for the Court's approval a Protective Order regarding the use and disposition of non-privileged information, documents, and other materials which may be deemed confidential by a party.

### B. Amendment to the Pleadings and Joinder of Additional Parties

The parties have submitted to the court a deadline of September 26, 2014, for the filing of motions to amend the pleadings and motions to join additional parties.

## III. DISCOVERY

### A. Pursuant to Scheduling Order

All written and deposition discovery must be completed by the deadlines set forth in the Proposed Scheduling Order outlined in Section IV below.

### B. Manner of Production of Documents

The parties do not anticipate that detailed or significant electronic discovery regarding electronically stored information ("ESI") will be necessary in this case. To the extent that one or both parties believes such electronic discovery is necessary, the parties will notify the court after meeting in good faith to attempt to agree on any necessary electronic discovery procedures and deadlines.

### C. Third Party Discovery

All subpoenas shall be served on all parties within two (2) business days of service on the subpoena recipient.

All production of documents received in response to subpoenas shall be served on all parties or be made available for inspection and copying within two (2) days of receipt. Absent an order of this Court, no party shall interfere with any third party's compliance with subpoena, including by instructing the third party not to produce documents or to delay the production of documents. If a party contends that any information called for by a subpoena is within its possession, custody or control - and so should be treated as party discovery and not third-party discovery – it shall so inform all parties in writing within two business days of service of the subpoena. To the extent any party currently is interposing itself between the issuer and recipient of subpoena, it shall immediately inform the issuer of the subpoena and provide all documents proffered by the subpoena recipient as responsive to the subpoena.

A subpoena served on a non-party shall be served on all parties on the date of the issuance of the subpoena. Material received by a party pursuant to a non-party subpoena shall be made available to all other parties within two (2) business days of receipt.

Parties and their counsel are not prohibited from communicating with non-parties concerning their response to a subpoena.

### D. **Privilege Logs**

Privilege logs shall be produced timely and in Microsoft Word or Excel format. Privilege

logs shall contain the following information:

1. Author;
2. All Recipients;
3. Title (or if no title, description);
4. Subject (for emails);
5. Date;
6. Bates range;
7. Privilege Asserted; and
8. Privilege description.

Within fourteen (14) days of the date a document was withheld on the basis of privilege, the withholding party shall produce a corresponding privilege log together with a list of any attorneys who are Authors or Recipients on any privilege log entry. The identification of any such attorney shall include the name of their firm and their titles.

### E. Rule 30(b)(6) Depositions

Within thirty (30) days of the receipt of a Rule 30(b)(6) deposition notice, or as otherwise agreed by the parties, the noticed party shall make witness(es) available for deposition.

### F. Other Discovery

As discovery progresses additional discovery concerning particular issues may be needed. This proposed order is not intended to preview every single discovery request that will serve this action, and it should not be constructed to limit said requests.

## IV. SCHEDULING ORDER

| | |
|---|---|
| Exchange of Expert Reports on Class Certification Issues Only | Plaintiff: March 3, 2014<br><br>Defendant: May 2, 2014 |
| Completion of Discovery on Class Certification Issues Only | June 2, 2014 |
| Deadline for filing *Daubert* Motions Relating to Class Certification Experts | June 2, 2014 |
| Deadline for filing oppositions to *Daubert* Motions Relating to Class Certification Experts | June 23, 2014 |
| Deadline for Filing Reply Memorandum on *Daubert* Motions Relating to Class Certification Experts | June 30, 2014 |
| Hearing on *Daubert* Motions Relating to Class Certification Experts | July 7, 2014, or other date selected by the Court |
| Deadline for Filing of Briefs, Affidavits and Other Materials in Support of Plaintiffs' Motion For Class Certification | July 21, 2014 |
| Deadline for Filing of Briefs, Affidavits and Other Materials in Opposition to Plaintiffs' Motion For Class Certification | August 18, 2014 |
| Deadline for Filing of Briefs, Affidavits and Other Materials in Reply to Opposition to Plaintiffs' Motion For Class Certification | September 1, 2014 |
| Parties to Exchange Witness and Exhibit Lists for Hearing on Motion for Class Certification | Fifteen (15) Days before the hearing on Motion for Class Certification |
| Hearing on Motion for Class Certification | Week of September 8, 2014, or as soon thereafter as the Court's schedule permits |
| Deadline for Filing of Motions to Join Additional Parties or | September 26, 2014 |

| | |
|---|---|
| Motions to Amend the Pleadings | |
| Plaintiff's Expert Disclosure / Reports Due | October 3, 2014 |
| Defendant's Expert Disclosure / Reports Due | November 7, 2014 |
| Fact Deposition and Discovery Completion Deadline | December 12, 2014 |
| Deadline for Dispositive Motions and *Daubert* Motions | January 9, 2014 |
| Deadline for Filing of Briefs, Affidavits and Other Materials in Opposition to Dispositive Motions and *Daubert* Motions | January 23, 2014 |
| Deadline for Filing of Briefs, Affidavits and Other Materials in Reply to Opposition to Dispositive Motions and *Daubert* Motions | February 6, 2015 |
| Hearing on Dispositive Motions and *Daubert* Motions | Week of February 9, 2014, or as soon thereafter as the Court's schedule permits |
| Motions *in Limine* (other than those regarding the admissibility of expert testimony) and Memoranda in Support | February 27, 2015 |
| Deadline for Filing of Briefs, Affidavits and Other Materials in Opposition to Motions *in Limine* | March 13, 2015 |
| Deadline for Filing of Briefs, Affidavits and Other Materials in reply to Opposition to Motions *in Limine* | March 20, 2015 |
| Trial Witness and Exhibit Lists | March 20, 2015 |
| Joint statement of the case | March 27, 2015 |
| Jury instructions | March 27, 2015 |
| Joint proposed jury verdict form | March 27, 2015 |

| | |
|---|---|
| Proposed special voir dire questions | March 27, 2015 |
| Objections to exhibits | March 27, 2015 |
| Two copies of joint bench book(s) of tabbed exhibits, with indices of "objected to" and "unobjected-to" exhibits, identifying which party will offer each exhibit and which witness will testify regarding the exhibit at trial | March 27, 2015 |
| Trial memoranda | March 27, 2015 |
| Objections to deposition testimony | March 27, 2015 |
| Responses to objections to exhibits | April 3, 2015 |
| Responses to objections to deposition testimony | April 3, 2015 |
| Pretrial Order | April 10, 2015 |
| Final Pretrial conference | Week of April 13, 2015, or as soon thereafter as the Court's schedule permits |
| Jury trial | April 27, 2015 |

Date: __11/25/13_____

_____Susie Morgan_____
Susie Morgan
United States District Judge