MINUTE ENTRY
MORGAN, J.
September 29, 2014

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CABINETS BY PERRIER, INC.,** **Plaintiff** | **CIVIL ACTION** |
| **VERSUS** | **No. 11-3051 c/w 13-630** |
| **POLYAIR INC.,** **Defendant** | **SECTION "E"** |

A status conference was held on September 29, 2014 at 2:00 p.m. in the chambers of Judge Susie Morgan.

> Present: Todd Slack, counsel for Plaintiff, Cabinets by Perrier, Inc., and Consolidated Plaintiffs, Wayne Larsen, Thomas Gueyden, Gerald Wilds, William Thibodeaux, and Earl Zimmer; and Todd Murphy, counsel for Defendant, Polyair Corporation.

Counsel for the parties discussed the status of these cases. The Court inquired whether counsel for Plaintiffs intends to independently litigate both of the consolidated actions (Nos. 11-3051 and 13-630). The Court also identified jurisdictional defects in each complaint. Counsel for Plaintiffs will decide whether to voluntarily dismiss No. 11-3051. If Plaintiffs do not dismiss No. 11-3051, they shall (1) file an amended complaint in both consolidated actions addressing the jurisdictional defects identified by the Court, (2) add American Home Assurance Company as a defendant in No. 11-3051, and (3) file a memorandum in both consolidated actions in support of subject matter jurisdiction. If No. 11-3051 is dismissed, Plaintiffs need only file (1) an amended complaint in the remaining matter addressing subject matter jurisdiction, and (2) a memorandum in support of subject matter jurisdiction in that matter. Plaintiffs shall file their amended complaint(s) and subject matter jurisdiction memorandum(a) by

October 29, 2014.  Defendant may file a memorandum in support of or in opposition to subject matter jurisdiction within seven days of service of Plaintiffs' memorandum.

The parties also discussed the unopposed Motion to Continue.[1]  The Motion is GRANTED, and all trial and pre-trial deadlines are VACATED.  The Court will reset those deadlines at a future status conference, if necessary, after determining whether subject matter jurisdiction is proper.  The Court advised the parties that no further continuances will be granted, except on good cause shown.

**New Orleans, Louisiana, this 30th day of September, 2014.**

_____
**SUSIE MORGAN
UNITED STATES DISTRICT JUDGE**

JS10 (0:29)

---

[1] Doc. 56.